# Order

Michigan Supreme Court
Lansing, Michigan

February 28, 2014

148056

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DAVID ROARK,
    Defendant-Appellant.

SC: 148056
COA: 316467
Wayne CC: 08-009312-FC

_____/

On order of the Court, the application for leave to appeal the October 25, 2013 order of the Court of Appeals is considered. We DIRECT appellate counsel, Paul Stablein, to file a supplemental brief addressing the reason(s) for his failure to file in the trial court a timely motion to withdraw the defendant's plea, and/or his failure to file in the Court of Appeals, on direct review, a delayed application for leave to appeal within the deadlines set forth in MCR 7.205(F), despite being appointed as counsel on May 7, 2009. Counsel shall file the supplemental brief within 28 days of the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



t0224

Clerk